# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
ARIEL GERNES,                    )
                                 )
       Plaintiff,           )     Civil No. 1:10-cv-10060-NMG
                                 )
vs.                              )
                                 )
HEALTH AND WELFARE PLAN OF       )
METROPOLITAN CABINETS and        )
BLUE CROSS BLUE SHIELD OF        )
MASSACHUSETTS,                   )
                                 )
       Defendants.          )
_____)

## JOINT ASSENT TO REASSIGNMENT

The parties to this matter herby jointly assent to the reassignment of this case to United States Magistrate Judge Robert B. Collings, pursuant to 28 U.S.C § 636(c) and in accordance with the Order of Reference entered April 28, 2011.

Respectfully Submitted,

| | |
|---|---|
| ARIEL G. | BLUE CROSS AND BLUE SHIELD |
| By Her Attorneys, | OF MASSACHUSETTS, INC. |
| | By Its Attorneys, |
| | |
| /s/ Mala Rafik | /s/ Joseph Halpern |
| Mala M. Rafik | Joseph D. Halpern, BBO#544789 |
| BBO No. 638075 | Blue Cross and Blue Shield of |
| Rosenfeld Rafik & Sullivan, P.C. | Massachusetts, Inc. |
| 44 School Street, Suite 350 | Landmark Center |
| Boston, MA  02108 | 401 Park Drive |
| Tel. (617) 723-7470 | Boston, MA  02215-3326 |
| Fax. (617) 227-2843 | Tel. (617) 246-3500 |
| mmr@rosenfeld.com | Fax. (617) 246-3550 |

s/ Lisa J. Counters
Lisa J. Counters, Pro Hac Vice
Angel Jet Services, LLC
8014 E. McClain, Suite 220
Scottsdale, AZ 85260
Tel. (877) 264-3570
lcounters@angelmedflight.com

Dated: May 5, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 5, 2011.

/s/ Mala M. Rafik
Mala M. Rafik